## EX PARTE SEXTON v. THE STATE.

(Decided November 4, 1915.)

CERTIORARI to Court of Appeals.

FRANK B. BRICKEN, for appellant. W. L. MARTIN, Attorney General, for the state.

Per curiam. Petition by Dozier Sexton for certiorari to Court of Appeals to review and revise the judgment of said court in the case of *Sexton v. State*, 13 Ala. App. 84, 69 South. 341. Writ denied.

---

## EX PARTE STICKNEY.

(Decided November 4, 1915.)

CERTIORARI to Court of Appeals.

R. B. EVINS, for appellant. THOMAS E. KNIGHT, and A. M. TUNSTALL, for appellee.

MAYFIELD, J.—Petition of Joseph E. Stickney for certiorari to Court of Appeals to revise the judgment of said court in the case of *Dunaway & Lambert v. Stickney*, 13 Ala. App. 645, 69 South. 232. Writ denied.

ANDERSON, C. J., SOMERVILLE and THOMAS, JJ., concur.

---

## FOSHEE v. MIDDLETON.

(Decided November 16, 1915.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

SMITH & GERALD, for appellant. MIDDLETON & REYNOLDS, for appellee.

Per curiam. Appeal dismissed by appellant.

---

## GRAHAM v. THE STATE.

(Decided January 13, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. W. E. FORT.

R. E. PERKINS, and R. L. WILLIAMS, for appellant. W. L. MARTIN, Attorney General, for the State.

SAYRE, J.—The bill of exceptions is stricken, and there being no error of record the cause is affirmed.

ANDERSON, C. J., McCLELLAN and GARDNER, JJ., concur.